543 U.S. 1194
 AGUILAR-GARCIA
v.
UNITED STATES
BRACEROLEMUS
v.
UNITED STATES
CENTENO-SANCHEZ
v.
UNITED STATES
ESPARZA-ROBLES
v.
UNITED STATES
GONZALEZ-VALLEJO
v.
UNITED STATES
MENDIETA-GOMEZ
v.
UNITED STATES
NAVA-ALVAREZ
v.
UNITED STATES
DELGADO-PEREZ
v.
UNITED STATES
TORRES-PESINA
v.
UNITED STATES
RODRIGUEZ-PUENTE
v.
UNITED STATES
SANTOS-SALINAS
v.
UNITED STATES and
CARREON-SUAREZ
v.
UNITED STATES.
 No. 04-7324.
 Supreme Court of United States.
 February 28, 2005.
 
 1
 Petitions for rehearing denied.